**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>     v.<br><br>NANCY JESUS MARTINEZ,<br><br>                     Defendant. | Case No. __25-cr-00418-CAB__<br>              25MJ0245<br><br>**I N F O R M A T I O N**<br><br>Title 21, U.S.C.,<br>Secs. 952 and 960 - Importation<br>of Cocaine (Felony) |
|---|---|

The United States Attorney charges:

On or about January 20, 2025, within the Southern District of California, defendant, NANCY JESUS MARTINEZ, did knowingly and intentionally import a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: __2/11/25_____.

TARA K. McGRATH
United States Attorney

*Sarah Goldwasser*

SARAH E. GOLDWASSER
Assistant U.S. Attorney

SEG:lnh:1/27/2025